**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01419-REB-MEH

KERMAN-RAY CARR, and
PRISCILLA-DENISE CARR,

    Plaintiffs,

v.

FERKAM, INC., d/b/a Extreme Towing and Recovery, et al.,

    Defendants.

---

FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting Recommendation of the United States Magistrate Judge, entered by the Honorable Robert E. Blackburn, United States District Judge, on November 25, 2015,

    IT IS ORDERED that the **Recommendation of United States Magistrate Judge** [#27], filed October 8, 2015, is approved and adopted as an order of this court.

    IT IS FURTHER ORDERED that Plaintiff's claims against defendants are dismissed with prejudice as a sanction for failure to comply with the duly issued orders of the court and failure to prosecute.

    IT IS FURTHER ORDERED that Final Judgment with prejudice is entered on behalf of defendants, Ferkam Inc. d/b/a Extreme Towing & Recovery; Fereidoon Samimi; Randy Barnes; and Brandon (#09), against plaintiffs, Kerman-Ray Carr and Priscilla-Denise Carr, as to all claims for relief and causes of action asserted in this

action.

       IT IS FURTHER ORDERED that this case is closed.

       Dated at Denver, Colorado, this 25th day of November, 2015.

                                      BY THE COURT:

                                      JEFFREY P. COLWELL, CLERK

                                      By: <u>  s/Deborah Hansen       </u>
                                      Deborah Hansen, Deputy Clerk